

**PHIL WEISER**
Attorney General

**NATALIE HANLON LEH**
Chief Deputy Attorney General

**SHANNON STEVENSON**
Solicitor General

**TANJA WHEELER**
Associate Chief Deputy Attorney
General

## STATE OF COLORADO
### DEPARTMENT OF LAW

**RALPH L. CARR**
**COLORADO JUDICIAL CENTER**
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

Office of the Attorney General

April 4, 2025

Mr. Christopher M. Wolpert
Clerk, Tenth Circuit Court of Appeals
1823 Stout St.
Denver, CO   80257

RE:    Notice of Supplemental Authority in *Bondi v. VanDerStok*, 604 U.S. --, -- S.
       Ct. --, 2025 WL 906503 (2025), Case No. 23-852.

Dear Mr. Wolpert:

Appellee, Jared Polis in his official capacity as the Governor of Colorado,
submits this notice pursuant to Fed. R. App. P. 28(j) to advise the Court of the
United States Supreme Court's recent decision in *Bondi v. VanDerStok*, 2025 WL
906503 (2025), which upheld a United States Bureau of Alcohol, Tobacco, Firearms
and Explosives ("ATF") rule that required manufacturers and sellers of weapons
parts kits to obtain background checks and mark their products with serial
numbers. Specifically, the Court held that the ATF's final rule defining the word
"firearm" in the Gun Control Act of 1968 to cover certain weapon parts kits was not
inconsistent with the statutory text. The gravamen of the holding is that the ATF's
rule remains in effect.

Applied here, the Supreme Court's decision supports a holding that Plaintiffs'
alleged injury is not redressable. Plaintiffs claim that C.R.S. § 18-12-111.5
unconstitutionally limits future purchases of unserialized firearm parts kits. But
this alleged injury is not redressable because the ATF's final rule separately
prohibits the sale of such kits. *See* 27 C.F.R. §§ 478.11, 478.12. Thus, the Court's
holding in *VanDerStok* is relevant to the discussion on pages 29-31 of the
Governor's Answer Brief, as well as the Governor's January 21, 2025, Notice of
Supplemental Authority in *We the Patriots, Inc. v. Grisham*, 119 F.4th 1253, 1259-
61 (10th Cir. 2024).

Sincerely,


/s/ *Shannon Wells Stevenson*
Shannon Wells Stevenson*
Solicitor General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: shannon.stevenson@coag.gov

*Counsel of Record for Jared Polis, in his
  official capacity as Governor of the State of
  Colorado