UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 23, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

NATIONAL ASSOCIATION FOR GUN
RIGHTS; CHRISTOPHER JAMES
HIESTAND RICHARDSON; MAX
EDWIN SCHLOSSER; JOHN MARK
HOWARD; ROCKY MOUNTAIN GUN
OWNERS,

     Plaintiffs - Appellants,

v.

JARED S. POLIS, in his official capacity
as Governor of the State of Colorado,,

     Defendant - Appellee.

------------------------------

DISTRICT OF COLUMBIA; ARIZONA;
CALIFORNIA; CONNECTICUT;
DELAWARE; HAWAII; ILLINOIS;
MAINE; MARYLAND;
MASSACHUSETTS; MICHIGAN;
MINNESOTA; NEVADA; NEW JERSEY;
NEW YORK; OREGON;
PENNSYLVANIA; RHODE ISLAND;
VERMONT; WASHINGTON;
WISCONSIN; BRADY CENTER TO
PREVENT GUN VIOLENCE;
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND; GIFFORDS LAW
CENTER TO PREVENT GUN
VIOLENCE,

     Amici Curiae.

No. 24-1209
(D.C. No. 1:24-CV-00001-GPG-STV)
(D. Colo.)

_____

**JUDGMENT**

_____

Before **EID**, **KELLY**, and **CARSON**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

Per Curiam