UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 15, 2026


Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589


RE:    **24-1209, National Association for Gun Rights, et al v. Polis**
Dist/Ag docket: 1:24-CV-00001-GPG-STV

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 23, 2026 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.


Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:    Barry K. Arrington
Marcella Coburn
Kathleen R. Hartnett
Adam M. Katz-Gelburd
Shannon Wells Stevenson
Samuel Perry Wolter

2

CMW/jjh